**SO ORDERED.**

**SIGNED this 15 day of February, 2017.**



_____
**James P. Smith
Chief United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| ROGER D SMITH, | CASE NO. 16-52556-JPS |
| MELANIE E SMITH, | |
|     Debtor(s) | |
| US BANK NATIONAL ASSOCIATION | |
|     Movant | |
| v. | |
| ROGER D SMITH, | |
| MELANIE E SMITH, | |
|     Respondent(s) | |

ORDER ON MOTION FOR RELIEF FROM STAY

The above styled Motion having come on before the Court for hearing on the 9th day February, 2017, upon Notice of Assignment of Hearing to each of the above-captioned parties in interest;

IT IS HEREBY ORDERED AND ADJUDGED that the 11 U.S.C. Section 362(a) stay regarding any and all creditor action is lifted by this Court as to US Bank National Association As Trustee, Movant herein, its successors and assigns, regarding the real property known as

257 Northridge Drive Macon, GA 31220 and premises of the Debtors described in the Deed to Secure Debt.

FURTHER ORDERED that Movant, its successors and assigns, be allowed to proceed as the holder of the Deed to Secure Debt designated in this case, to assert its rights, including, but not limited to, the institution of foreclosure proceedings, by advertising for foreclosure sale pursuant to the Power of Sale provision contained in the Deed to Secure Debt, and to assert any or all of its respective rights under Georgia law, as to its collateral.

FURTHER ORDERED, the Movant is hereby relieved from the requirements pursuant to Federal Rule of Bankruptcy Procedure 4001(a)(3) and this Order shall be effectively upon the entry thereof.

END OF DOCUMENT

PREPARED AND PRESENTED BY:

*/s/ Daniel L. Wilder*
DANIEL L. WILDER, Bar No. 141448
EMMETT L. GOODMAN, JR., LLC
Attorney for Movant
544 Mulberry Street, Ste. 800
Macon, GA 31201
Telephone: (478) 745-5415
Email: bkydept@goodmanlaw.org